

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

CASE NO. 01-15-00522-CV
ALEKSANDR L. BORISOV
10909 FONDREN RD., APT 5501
HOUSTON, TX 77096